```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
            - v. -               :   UNSEALING ORDER
                                 :
MARIANNA LEVIN, et al.,          :   S1 20 Cr. 681 (JPC)
                                 :
            Defendants.          :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by and through Assistant United States Attorneys Nicholas W. Chiuchiolo, Nicholas Folly, and Daniel G. Nessim, it is hereby ORDERED that Superseding Indictment S1 20 Cr. 681, which was filed under seal on December 15, 2020 and is annexed hereto, is unsealed.

SO ORDERED.

Dated:  New York, New York
        December 21, 2020

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK