# ZMO Law PLLC

January 4, 2021

**Via ECF**

Hon. John Cronan
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> It is hereby ORDERED that Ms. Sardarova's request is GRANTED. Ms. Sardarova shall have until January 11, 2021 to meet her bail conditions.
>
> SO ORDERED.
>
> Date:   January 4, 2021
>            New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

RE: *USA v. Ramila Sardarova*, 20 Cr. 681

Dear Judge Cronan:

This office represents Ramila Sardarova in the above-captioned matter. We write to request a one-week extension for Ms. Sardarova to meet her bail conditions. The government consents to this extension.

On December 21, 2020, Ms. Sardarova was arraigned before the Honorable Barbara C. Moses and was released on a $75,000 bond requiring two surety signatures by today, January 4, 2021. Ms. Sardarova worked diligently to find sureties for her bond, and my office submitted her two candidates to the government on December 31, 2020. Because of the holidays, the government was unable to begin interviewing and processing the sureties until today.

Therefore, we respectfully request that the Court extend the January 4, 2021 bond deadline to allow time for the government to continue evaluating the sureties and for the approved sureties to sign the bond and submit other necessary paperwork.

Thank you for your attention to this case.

Very truly yours,

*Victoria Nicole Medley*

Victoria Nicole Medley

CC: AUSA Nicholas Chiuchiolo (via ECF)
    AUSA Daniel Nessim (via ECF)

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com