UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RAMILA SARDAROVA

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20    -CR- 681(  )(  )

Defendant __RAMILA SARDAROVA__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

Signed by counsel w/Ms. Sardarova's permission
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
Ramila Sardarova
_____
Print Defendant's Name

_____
Text Defendant's Counsel's Signature

Zachary Margulis-Ohnuma
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__12/22/20__
Date

_____
U.S. District Judge/U.S. Magistrate Judge