March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Ramila Sardarova
         Defendant(s).
----------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-681

Defendant  Ramila Sardarova  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Ramila Sardarova_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

RAMILA SARDAROVA
Print Defendant's Name

_Deborah Colson_
Defense Counsel's Signature

Deborah Colson
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/5/2021  3/8/2021
Date

_/s/ John P. Cronan_
U.S. District Judge/U.S. Magistrate Judge