# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler

Jerrold L. Steigman
*Counsel*

Nicolas J. Rovner

Lisa A. Cahill
Wendy Gerstmann Powell
*Of Counsel*

Writer's E-mail
lkrantz@krantzberman.com

June 16, 2021

BY ECF and E-MAIL

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

CronanNYSDChambers@nysd.uscourts.gov

> Defendant Maliha Ijaz's request is granted. Ms. Ijaz may travel to Saratoga Springs, NY, from June 28 through June 29, 2021, so long as she provides her itinerary to her Pretrial Services Officer in advance of her trip.
>
> SO ORDERED.
>
> Date:   June 16, 2021
>         New York, New York
>
> JOHN P. CRONAN
> United States District Judge

*Re: United States v. Levin, et al.,*
<u>No. 20-cr-00681 (JPC)</u>

Dear Judge Cronan:

We represent defendant Maliha Ijaz in the above matter. Ms. Ijaz's bail conditions currently restrict her travel to the Southern and Eastern Districts of New York. However, she would like to travel to Saratoga Springs, NY, for a family trip on June 28-29, 2021. Both pre-trial services and AUSA Daniel Nessim have consented to this travel request, so long as Ms. Ijaz provides her itinerary to her Pre-Trial Services Officer before she leaves (which she will of course provide). Accordingly, we ask that permission to travel be granted by the Court.

Thank you for your consideration of this request.

Respectfully submitted,

Larry Krantz

cc:   Francesca_piperato@nypt.uscourts.gov
      Daniel.Nessim@usdoj.gov