UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
           :
UNITED STATES OF AMERICA           :
           :
     -v-           :      20 Cr. 681 (JPC)
           :
           :      <u>ORDER</u>
MARIANNA LEVIN, TETYANA GOLYAK, ELENA :
LOKSHIN, SVITLANA ROHULYA, MARINA ZAK, :
ALINA KUPTSOVA, MALIHA IJAZ, MAKHINBONU :
NARZULLAEVA, NATALYA SHVARTS, INNA     :
GEKELMAN, RAMILA SARDAROVA, and DILDORA :
MARUPOVA, ,           :
           :
     Defendants.      :
           X
-------------------------------------------------------------------

JOHN P. CRONAN, United States District Judge:

    The status conferences scheduled for July 26, 2021 at 2:00 p.m., 3:00 p.m. and 4:00 p.m. for all defendants will be held in person in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: July 19, 2021
     New York, New York

                                      JOHN P. CRONAN
                                 United States District Judge