UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
:
-v-  :  20 Cr. 681 (JPC)
:
:  ORDER
:
MARIANNA LEVIN, TETYANA GOLYAK, ELENA :
LOKSHIN, SVITLANA ROHULYA, MARINA ZAK, :
ALINA KUPTSOVA, MALIHA IJAZ, MAKHINBONU :
NARZULLAEVA, NATALYA SHVARTS, INNA :
GEKELMAN, RAMILA SARDAROVA, and DILDORA :
MARUPOVA, , :
:
Defendants. :
X
-------------------------------------------------------------------

JOHN P. CRONAN, United States District Judge:

The status conference for Marianna Levin, Svitlana Rohulya, Marina Zak, Alina Kuptsova is scheduled for October 13, 2021 at 10:30 a.m. The status conference for Elena Lokshin, Inna Gekelman, Dildora Marupova and Maliha Ijaz is scheduled for October 13, 2021 at 11:00 a.m. The status conference for Natalya Shvarts, Tetyana Golyak, Makhinbonu Narzullaeva and Ramila Sardarova is scheduled for October 13, 2021 at 11:30 a.m. The status conferences for all defendants will be held in person in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 7, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge