# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler

Jerrold L. Steigman
*Counsel*

Nicolas J. Rovner
Ainsley C. Dowling

Lisa A. Cahill
Wendy Gerstmann Powell
*Of Counsel*

Writer's E-mail
hsandler@krantzberman.com

December 7, 2021

**BY ECF and E-MAIL**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

*Re: United States v. Levin, et al.,* **No. 20-cr-00681 (JPC)**

Dear Judge Cronan:

We represent defendant Maliha Ijaz in the above-referenced matter. Ms. Ijaz's bail conditions currently restrict her travel to the Southern and Eastern Districts of New York. We respectfully submit this letter to request Ms. Ijaz be permitted to travel to Dallas, Texas on December 14, 2021. She will return to New York on that same day.

She is requesting to travel to Dallas so she may testify in support of her sister in a pending domestic violence case between her sister and her sister's ex-husband.

Both pre-trial services and AUSA Daniel Nessim have no objection to this travel.

Thank you for your consideration.

This request is granted. Defendant Maliha Ijaz may travel to Dallas, Texas on December 14, 2021 to testify in her sisters pending domestic violence case. Ms. Ijaz must provide travel itinerary prior to her leave to Pretrial Services.

Date: December 7, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

Hugh Sandler

cc:   karina_vilefort@nyspt.uscourts.gov
      daniel.nessim@usdoj.gov