# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler

Jerrold L. Steigman
*Counsel*

Nicolas J. Rovner

Lisa A. Cahill
Wendy Gerstmann Powell
*Of Counsel*

Writer's E-mail
lkrantz@krantzberman.com

December 30, 2021

BY ECF and E-MAIL

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

CronanNYSDChambers@nysd.uscourts.gov

*Re: United States v. Levin, et al.,*
No. 20-cr-00681 (JPC)

Dear Judge Cronan:

We represent defendant Maliha Ijaz in the above matter. Ms. Ijaz's bail conditions currently restrict her travel to the Southern and Eastern Districts of New York. However, she would like to travel to Dallas, Texas, to visit family from January 3-6, 2022. Both pre-trial services and AUSA Daniel Nessim have no objection to this travel. Accordingly, we ask that permission to travel be granted by the Court.

Thank you for your consideration of this request.

Respectfully submitted,

Larry Krantz

cc: Karina_Vilefort@nyspt.uscourts.gov
Daniel.Nessim@usdoj.gov

This request is granted. Defendant Maliha Ijaz may travel to Dallas, Texas to visit family from January 3, 2022 through January 6, 2022. Ms. Ijaz must provide Pretrial Services with her travel itinerary prior to departing.

SO ORDERED.
Date: December 31, 2021           _____
New York, New York                JOHN P. CRONAN
                                  United States District Judge