

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2022

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***United States v. Marianna Levin et al.*, S1 20 Cr. 681 (JPC)**

Dear Judge Cronan:

The Government respectfully writes to request a one-week adjournment of the submission currently due on May 1, 2022. At the last conference in this matter, the Court directed the parties to submit a letter by May 1, 2022, identifying the remaining defendants in the case, groups of defendants who should be tried together, and counsel availability in the third and fourth quarters of 2022. There are currently multiple plea offers outstanding. The parties expect to be in a better position to respond to the Court's questions by May 9, 2022. Accordingly, the Government requests an adjournment of the submission deadline until May 9, 2022. All defendants, through counsel, consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:/s/ _____
Nicholas W. Chiuchiolo
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-1247 / 2486

cc:  all counsel of record (by ECF)

The Court grants the extension request. By May 9, 2022, the parties shall submit a joint letter identifying the remaining defendants in the case, identifying groups of defendants who should be tried together, and counseling availability for trial in the third and fourth quarters of 2022.

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 226.

SO ORDERED.
Date: April 29, 2022
New York, New York

JOHN P. CRONAN
United States District Judge