# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler

Jerrold L. Steigman
*Counsel*

Nicolas J. Rovner
Ainsley C. Dowling

Lisa A. Cahill
Wendy Gerstmann Powell
*Of Counsel*

Writer's E-mail
hsandler@krantzberman.com

June 29, 2022

> The Court grants these requests. Ms. Ijaz no longer needs to actively seek employment. Ms. Ijaz's scope of association, residence, and travel now includes E.D.N.Y., S.D.N.Y., and the District of New Jersey. Ms. Ijaz must, however, continue to inform her pre-trial services officer each time she goes to and returns from New Jersey.
>
> The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 238.
>
> SO ORDERED.
> Date: June 30, 2022
> New York, New York
>
> */s/ John P. Cronan*
> JOHN P. CRONAN
> United States District Judge

**BY ECF and E-MAIL**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

*Re: United States v. Levin, et al.,* **No. 20-cr-00681 (JPC)**

Dear Judge Cronan:

We represent defendant Maliha Ijaz in the above-referenced matter. We submit this letter to respectfully request two modifications to Ms. Ijaz's "Additional Conditions of Release." Ms. Ijaz's Pre-Trial Services Officer and the AUSA have consented to the two modifications requested here.

First, we request the Court lift the requirement that Ms. Ijaz "continue or actively seek employment." Because of Ms. Ijaz's daily childcare obligations (taking care of her four year old daughter) it is extremely challenging for Ms. Ijaz to comply with this term.

Second, Ms. Ijaz intends to move from Brooklyn to New Jersey. This potential move will require frequent trips to New Jersey to see possible homes. We therefore request the Court broaden Ms. Ijaz's scope of "association, residence, and travel" from EDNY/SDNY to include the District of New Jersey. (Per a request of her Pre-Trial Services Officer, Ms. Ijaz will continue to inform her officer each time she goes to (and returns from) New Jersey.)

Thank you for your consideration.

Respectfully submitted,

Hugh Sandler

cc:  karina_vilefort@nyspt.uscourts.gov
     nicholas.chiuchiolo@usdoj.gov
     daniel.nessim@usdoj.gov