UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
           -v-                                                          :    20 Cr. 681 (JPC)
                                                                        :
MARIANNA LEVIN, *et al.*,                                               :    <u>ORDER</u>
                                                                        :
                     Defendants.                                        :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As stated at the February 18, 2022 conference, the Court set a trial-ready date of September 12, 2022. That date remains. Defendants Ramila Sardarova, Marina Zak, Makhinbonu Narzullaeva, Elena Lokshin, Natalya Shvarts, Dildora Marupova, Maliha Ijaz, and Inna Gekelman, and their counsel, along with the Government shall appear in person for a status conference on July 26, 2022 at 2:00 p.m. in Courtroom 12D, 500 Pearl Street, New York, NY 10007. The Court has reviewed the Government's letter of May 9, 2022, and will resolve which defendants will proceed to trial on September 12, 2022.

      SO ORDERED.

Dated: July 20, 2022                              _____
      New York, New York                          JOHN P. CRONAN
                                                      United States District Judge