UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :
                                                                  :          20 Cr. 681 (JPC)
MARIANNA LEVIN *et al.*,                                          :
                                                                  :              ORDER
                                      Defendants.                 :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        There is a status conference scheduled in this case for September 7, 2022 at 1:30 p.m. to set

a trial date for any Defendants with pending charges.  Three Defendants, Elena Lokshin, Marina

Zak, and Makhinbonu Narzullaeva, have change of plea proceedings scheduled for later this month.

Accordingly, while those Defendants may attend if they wish, they are excused from appearing at

the September 7 conference.  In the event any of the scheduled change of plea proceedings do not

result in a guilty plea, however, that Defendant will be joined for any trial date set at the

September 7 conference.

        SO ORDERED.

Dated: September 6, 2022
       New York, New York                        _____
                                                        JOHN P. CRONAN
                                                    United States District Judge