## KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler

Jerrold L. Steigman
*Counsel*

Nicolas J. Rovner
Ainsley C. Dowling

Lisa A. Cahill
Wendy Gerstmann Powell
*Of Counsel*

Writer's E-mail
hsandler@krantzberman.com

October 24, 2022

**BY ECF and E-MAIL**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

*Re: United States v. Levin, et al.,* **No. 20-cr-00681 (JPC)**

Dear Judge Cronan:

    We represent Maliha Ijaz who was a defendant in the above-referenced matter. On October 19, 2022, this Court entered a nolle prosequi order dismissing Ms. Ijaz from this action.

    Ms. Ijaz presently wishes to reclaim her passport, which is held by the SDNY Pre-Trial Services office ("PTS"). We understand that PTS has stated that it requires direction from this Court authorizing it to return Ms. Ijaz's passport to Ms. Ijaz.

    In light of the foregoing, we respectfully request that Your Honor grant this letter request and 'so order' PTS to return the passport to Ms. Ijaz.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Hugh Sandler*

Hugh Sandler

**SO ORDERED**, this __24th__ day of October 2022,

New York, New York

_____
Hon. John P. Cronan
U.S. District Judge

cc:    karina_vilefort@nyspt.uscourts.gov
          nicholas.chiuchiolo@usdoj.gov
          daniel.nessim@usdoj.gov