# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

January 4, 2024

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   <u>United States v. Levin (Pastina)</u>, 20 Cr. 681 (JPC)

Dear Judge Cronan:

We represent defendant Irina Pastina in the above-captioned case. We write with the consent of the government to seek a one-month adjournment of Ms. Pastina's sentencing, which is currently scheduled for January 25, 2024. The purpose of the adjournment request is to accommodate Ms. Pastina's medical appointments and to allow Ms. Pastina additional time to collect letters from family and friends, including individuals located in Ukraine. This is Ms. Pastina's second request to adjourn her sentencing. *See* Dkt. 473.

We respectfully request that the date of Ms. Pastina's sentencing be moved to mid-February 2024 (if possible, on a date the week of February 20 or thereafter). To correspond with the adjourned sentencing date, we also request that the deadlines for the sentencing submissions be adjourned in accord with Your Honor's Individual Rules of Practice. We thank the Court for its consideration.

The request is granted. Ms. Pastina's sentencing hearing is adjourned to February 29, 2024, at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 492.

SO ORDERED.
Date: January 5, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

*/s/ Telemachus P. Kasulis*
Telemachus P. Kasulis
Kevin Grossinger

*Counsel to Irina Pastina*

cc:   Counsel of Record (by ECF)